# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ERIC D. WILLIAMS                                                              PLAINTIFF

v.                          No. 3:20-cv-43-DPM-JJV

STEVE FRANKS, Sheriff, Greene
County; BRENT COX, Administrator,
Greene County Detention Facility;
T. HUGGINS, LPN, Greene County
Detention Facility; L. CATE, Deputy,
Greene County Detention Facility;
BARNUM, Sergeant, Greene
County Detention Facility; and D.
CRITTENDEN, Administrator,
Greene County Detention Facility                                            DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 4. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams may proceed with his claims against Franks and Huggins for deliberate indifference to his medical needs. All other claims and defendants are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2020