IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                                    PLAINTIFF

v.                       No. 3:20-cv-43-DPM-JJV

STEVE FRANKS, Sheriff, Greene
County; and TERRIN HUGGINS,
LPN, Greene County Detention Facility           DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 29*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Huggins's motion to dismiss, *Doc. 24*, is denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2020