IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                                                   PLAINTIFF

v.                                    No. 3:20-cv-43-DPM

STEVE FRANKS, Sheriff, Greene
County; BRENT COX, Administrator,
Greene County Detention Facility;
TERRIN HUGGINS, LPN, Greene County Detention Facility;
L. CATE, Deputy, Greene County Detention Facility;
BARNUM, Sergeant, Greene County Detention Facility;
and D. CRITTENDEN, Administrator,
Greene County Detention Facility                                              DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 50*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions, *Doc. 44 & 47*, granted. Williams's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2021