IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                                                PLAINTIFF

v.                              No. 3:20-cv-43-DPM

STEVE FRANKS, Sheriff, Greene
County; BRENT COX, Administrator,
Greene County Detention Facility;
TERRIN HUGGINS, LPN, Greene County Detention Facility;
L. CATE, Deputy, Greene County Detention Facility;
BARNUM, Sergeant, Greene County Detention Facility;
and D. CRITTENDEN, Administrator,
Greene County Detention Facility                                    DEFENDANTS

## JUDGMENT

Williams's deliberate indifference claims against Franks and Huggins are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2021